FILE COPY

No. 07-14-00427-CV

| | | |
|---|---|---|
| Travis Winegeart<br>  Appellant | § | From the 108th District Court<br>  of Potter County |
| | § | |
| v. | | June 1, 2015 |
| | § | |
| Jeffrey D. Cone, M.D.,<br>  Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 1, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o